No. 84–1295. PATTON *v.* THOMSON ET AL. C. A. 11th Cir. Certiorari denied.

No. 84–1297. MONTGOMERY CITY-COUNTY PERSONNEL BOARD ET AL. *v.* WILLIAMS. C. A. 11th Cir. Certiorari denied.

No. 84–1298. QUANSAH *v.* BISCO INDUSTRIES, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 84–1302. SHELL OIL CO. *v.* PINEY WOODS COUNTRY LIFE SCHOOL ET AL. C. A. 5th Cir. Certiorari denied.

No. 84–1311. BONIN *v.* AMERICAN AIRLINES, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 84–1381. FICALORA *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 84–1383. BRYN MAR, LTD., ET AL. *v.* CARLTON BROWNE & CO., INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 84–1396. KRAMER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 84–1408. RENNER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–5857. CUMMISKEY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 84–5938. WALLACE *v.* FORD, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 84–5958. HARVEY *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 84–5968. BREWER *v.* CITY OF CLAYHATCHEE. Sup. Ct. Ala. Certiorari denied.

No. 84–6151. ZEISLER *v.* ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.